IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

*1:00-CR-5455 OWW*

| | |
|---|---|
| DERRICK BROWN, | 1:06-CV-00515-AWI-WMW-HC |
| Petitioner, | ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE FROM A HABEAS CORPUS ACTION UNDER 28 U.S.C. § 2254 TO A HABEAS CORPUS ACTION UNDER 28 U.S.C. 2255 |
| vs. | |
| CORCORAN STATE PRISON, et al., | |
| Respondents. | **New Case Number** **1:06-CV-00515-OWW** |

On March 6, 2006, in the Sacramento division of the United States District Court, Eastern District of California, petitioner Derrick Brown filed the petition upon which this action proceeds. The petition was handwritten by petitioner and was not submitted on a court form. The petition was entitled "Motion for Writ of Habeas Corpus," but petitioner did not state which cause of action was being used. The Clerk of the Court in Sacramento opened the action as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 1, 2006, the case was transferred to the Fresno division of the Eastern District of California. In the transfer order, the case was "interpret[ed]" as "a petition for a writ of habeas corpus under 28 U.S.C. § 2241" but was not redesignated as such on the court's docket.

Under 28 U.S.C. § 2255, a prisoner in custody serving a federal sentence may file a petition to set aside or correct the sentence. Petitioner seeks a correction to the federal sentence imposed in criminal case 1:00-CR-05455-OWW by District Judge Oliver W. Wanger in the Eastern District of

1

1  California. Petitioner, who is currently in state custody serving a state sentence, seeks to serve the
2  remainder of his federal sentence concurrently with the state sentence, with credit for time served.
3  Therefore, the court hereby construes the case as a petition for writ of habeas corpus under to 28 U.S.C.
4  2255. Accordingly, IT IS HEREBY ORDERED that

5      1)    The Clerk of the Court is DIRECTED to change the designation of the present
6      case to reflect that of a petition for writ of habeas corpus under 28 U.S.C. § 2255
7      and to reflect this designation on the court's docket;

8      (2)    The Clerk of the Court is DIRECTED to directly assign the present case to
9      District Judge Oliver W. Wanger;

10     (3)    Petitioner is advised that the new case number shall be

11     **1:06-CV-00515-OWW**

12     and all future pleadings and/or correspondence must be so numbered. Petitioner
13     is advised that use of an incorrect case number, including initials, may result in
14     a delay of documents being processed and copies thereof being correctly
15     distributed and received by the appropriate judicial officer;

16     (4)    The Clerk of Court is DIRECTED to serve a copy of this order on District Judge
17     Oliver W. Wanger, District Judge Anthony W. Ishii, Magistrate Judge William
18     M. Wunderlich, all the parties to this action.

19 IT IS SO ORDERED.

20 **Dated:**   **May 25, 2006**            /s/  **William M. Wunderlich**
   bl0dc4                                  UNITED STATES MAGISTRATE JUDGE

2