# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DERRICK BROWN,**

CASE NO: **1:06–CV–00515–OWW**

v.

**USA,**

**XX –– Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 9/30/2010**

**Victoria C. Minor**
Clerk of Court

ENTERED: **September 30, 2010**

by: /s/ T. Lundstrom
Deputy Clerk